# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:05-cr-202-Orl-31DAB

**JAIRO MODESTO MIRANDA-GARCIA**

_____

## ORDER

The Court requires additional information to finalize the memorandum sentencing opinion in this case. To that end, the United States is **ORDERED** to file in this court and serve upon the Defendant, on or before noon on Wednesday, May 3, 2006, the following information:

1. The number and identity of the districts (and, if applicable, the divisions) that have formally adopted an early disposition program for illegal reentry cases; and

2. As to each such program, the factors (such as, for example, criminal history) that would qualify a defendant for (or disqualify a defendant from) participation in the early disposition program; and

3. As to each such program, the amount of sentence reduction a defendant would receive as a result of his or her participation; and

4. The criteria used by the Department of Justice and the U.S. Attorney's Office in deciding whether to approve an early disposition program in a particular district or division; and

     5.     Whether the U.S. Attorney or other appropriate official has sought approval of such a program in the Middle District of Florida or the Orlando Division.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 28, 2006.

                                               GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Jairo Modesto Miranda-garcia